# UNITED STATES DISTRICT COURT
### District of Minnesota

Robert Devine,  **JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number: 24-cv-4555 JMB/DLM

Horizontal Integration, Inc.,

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's Motion to Dismiss (Doc. No. 14) is GRANTED WITHOUT PREJUDICE.

Date: 12/22/2025  KATE M. FOGARTY, CLERK