# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Robert Devine,

Plaintiff(s),

v.

Case Number: 24-cv-4555 JMB/DLM

Horizontal Integration, Inc.,

Defendant(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Date: 4/22/2026

KATE M. FOGARTY, CLERK